UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LASHAWN ANTONIO COVINGTON #00355068

FILED - GR
May 7, 2021 11:06 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /S-7

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

1:21-cv-387
Hala Y. Jarbou - U.S. District Judge
Sally J. Berens- Magistrate Judge

v.   PATRICIA E EPPLER

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I.  **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.**

   A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☒ No ☐

   B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. District Court 399 FEderal Building  110 michigan St., N.W. Grand Rapids, MI 49503, KENT COUNTY Western District.

   2. Is the action still pending?   Yes ☒  No ☐

      a.  If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?  Yes ☐  No ☒

   4. Is the appeal still pending?   Yes ☐  No ☒

      a.  If not pending, what was the decision on appeal? NONE IS Available to make Still waiting on Court proceedings.

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐  No ☒

      If so, explain: _____

II. **Place of Present Confinement** KENT COUNTY CORRECTIONAL FACILITY

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

-1-

III. **Parties**

   A. Plaintiff(s)

   Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff  LASHAWN COVINGTON

   Address  703 BALL AVENUE, N.E. GRAND RAPIDS, MI 49503

   B. Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

   Name of Defendant #1  PATRICIA E EPPLER (P48722)

   Position or Title  ATTORNEY AT LAW

   Place of Employment  KENT COUNTY COURTS

   Address  P.O. BOX 44, IONIA, MI 48826

   Official and/or personal capacity?  BOTH

   Name of Defendant #2 _____

   Position or Title _____

   Place of Employment _____

   Address _____

   Official and/or personal capacity? _____

   Name of Defendant #3 _____

   Position or Title _____

   Place of Employment _____

   Address _____

   Official and/or personal capacity? _____

   Name of Defendant #4 _____

   Position or Title _____

   Place of Employment _____

   Address _____

   Official and/or personal capacity? _____

   Name of Defendant #5 _____

   Position or Title _____

   Place of Employment _____

   Address _____

   Official and/or personal capacity? _____

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

The main facts of this defendant Patricia eppler is literally unlawful discrimination of my person of color as me being a black male, neglection of client preliques by not communicating with me through mail including by telephone even through sent messages by family members of mines, unlawful discrimination of public accommodation towards as I tried my hardest and best to contact her to support me in my case and also file motions and even know whats going on with my case in which I dont know to date and this women shows no interest in my flavor. She has remained bias towards me every way she can and put forth no effort into contacting me her self or to even inform me of anything nor do she as for my Imput which I deserve to share and give. She has mentally made me brake down literally knowing she railroading me in my cases of course no effort is being made to get me released from being in jail especially after Kent County Sheriff department did malpractice trying to kill me which she knows and see the life effects it did to me. I have wrote the courts and attorney grievances commission to state she is fired from my case which I have to right to do by law and will represent myself which by some way she still is my lawyer. I wrote her mutiple letter to inform her to file needed motions she failed to do so I wrote her again telling she's fired and have members of my family deliever voicemail messages to informing she's fired. Thanks to her this has mentally damaged me and made me lose everything and has held me back and violated my constitution rights and left me to suffer as an innocent citizen. So I informed her that Im filing a federal lawsuit against her and she doesnt take anything seriously so Im sueing her for all she has caused and done to me.

(Last Revised: June 2013)

V. **Relief**

State briefly and precisely what you want the court to do for you.

To order she is fired from my case load and to reimburstment of pain and suffering of mental depression including motional distress of losing all my personal stuff and a Severe change of my life being a innocent citizen. I need and want this women off my case and away from me for all damage's she caused thanks federal.

04-19-2021
**Date**

**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-4-

(Last Revised: June 2013)

NAME: LASHAWN C~~OVINGTON~~ #00355668
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

D3A.4?

302

RETURNED FOR ADDITIONAL POSTAGE — ¢.15¢

To:
U.S. DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503